IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMY LOWERY, | S | |
| Plaintiff | S | |
| | S | |
| v. | S | H-4:23-cv-2928 (Jury) |
| | S | |
| WILLIS TOWERS WATSON US, LLC, | S | |
| Defendant | S | |

PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Federal Rules of Civil Procedure and the Scheduling / Docket Control Order, Plaintiff designates the following expert witnesses who may testify in trial:

1. Peter Costea
   Attorney At Law
   4544 Post Oak Place, Suite 350
   Houston, Texas 77027
   Tel. 713-337-4304

Attorney Costea may testify about the Plaintiff's attorneys labor in this case, the reasonableness, propriety, and necessity of same and about the Plaintiff's attorney's fees, reasonableness, propriety, and necessity of same. Peter Costea may additionally testify that $500.00/hour is a reasonable and necessary fee for the Plaintiff's attorney's services and labor in this case.

2. Scott Fiddler
   Attorney At Law
   1004 Congress, Second Floor
   Houston, Texas 77002
   Tel. 713-228-0070

Attorney Fiddler may testify as to the Plaintiff's attorney's labor in this case, the reasonableness, propriety, and necessity of same and about the Plaintiff's attorney's fees, reasonableness, propriety, and necessity of same. Scott Fiddler may additionally testify that $500.00/hour is a reasonable and necessary fee for the Plaintiff's attorney's services and labor in this case.

Plaintiff also respectfully reserves the right to call rebuttal witnesses whose names and

Page 2

identity and subject matter of testimony are not currently known to the Plaintiff and whose

identity and subject matter of testimony may not be known to the Plaintiff until the close of the

case-in-chief of the Defendant.

Respectfully submitted,

BY: //ss// *peter costea*

_____

Peter Costea
TBN 04855900
4544 Post Oak Place, Suite 350
Houston, Texas 77027
Tel. 713-337-4304
Fax 713-237-0401
Email: peter@costealaw.com
ATTORNEY FOR PLAINTIFF
AMY LOWERY

## CERTIFICATE OF SERVICE

I certify that on December 11, 2023 a true and correct copy of the foregoing pleading was served electronically through the electronic filing system of the court on counsel for Defendant, Mr. Jeremy W. Hawpe, Littler Mendelson, P.C., 2001 Ross Avenue, Suite 1500, Dallas, Texas 75201.

//ss// *peter costea*

_____

Peter Costea